1018

[No. 22449-6-II.    Division Two.    February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY M. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-1-00320-4, James B. Sawyer II, J., entered October 2, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22476-3-II.    Division Two.    February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JAMES HORRACE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00321-5, H. John Hall, J., entered October 6, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 22606-5-II.    Division Two.    February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY TODD MATHIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00323-9, Bryan E. Chushcoff, J., entered September 3, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22702-9-II.    Division Two.    February 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JASON PAINE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 97-8-00488-2, William Knebes, J. Pro Tem., entered November 5, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.